Judge Hellerstein

11 CIV 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ROBERT A. STROMSTED,

                Plaintiff,          Case No.:

vs.                           ECF CASE

HNTB CORPORATION,

                Defendant.
------------------------------------- x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HNTB Corporation states that Defendant has no corporate parent, affiliates or subsidiaries which are publicly held.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Suzanna Morales   SDNY Bar #SM-0629
230 Park Avenue, Suite 2400
New York, NY 10169
Telephone: (212) 850-6251
Facsimile: (212) 850-6221
smorales@lathropgage.com

Michael J. Abrams  MO Bar #42196
Michael Lee        MO Bar #63025
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
mabrams@lathropgage.com
mlee@lathropgage.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that, on this 23rd day of March, 2011, the foregoing was hand delivered, addressed as follows:

Steven A. Berger
Thomas E. Hone
1633 Broadway, 46th Floor
New York, NY 10019
(212) 319-1900

*Susanna M. M. Morales*
Attorney for Defendant