UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------
Robert A. Stromsted,
                                Plaintiff,

            -against-

HNTB Corporation,   Defendant.
----------------------------------------------------------------

Case No. 11 CV 2023 (AKH)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[x] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Thomas E. Hone
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TH 7420   My State Bar Number is 2387256

I am,

[x] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm, address, telephone number and fax number):

OLD FIRM:   Berger & Webb, LLP
            1633 Broadway, 46th Floor
            New York, NY 10019

NEW FIRM:   Berger & Webb, LLP
            7 Times Square, 27th Floor
            New York, NY 10036
            212-319-1900 Phone / 212-319-2017 Fax

[x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: March 24, 2011

ATTORNEY'S SIGNATURE