USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROBERT A. STROMSTED,

                Plaintiff,

  -against-

HNTB CORPORATION,

                Defendant.
------------------------------------------------------------ x

**ORDER SETTING BRIEFING AND ARGUMENT**

11 Civ. 2023 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In this lawsuit arising under 28 U.S.C. § 1332, Plaintiff Robert Stromsted has moved by order to show cause for a preliminary injunction to bar Defendant HNTB Corporation from enforcing a noncompetition clause, which would prevent Stromsted from accepting new employment, during the pendency of the litigation.

    If he has not done so already, Stromsted shall serve his motion and supporting papers on HNTB Corporation by 12:00pm on Monday, April 4, 2011. HNTB Corporation shall submit briefing in opposition to the motion on Thursday, April 7, 2011, by 4:00pm. The parties shall appear to argue the motion on Monday, April 11, 2011, at 11:00am. The argument shall be held in Courtroom 14D.

SO ORDERED.

Dated: April 1, 2011
        New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge