Steven A. Berger (SB 2038)
Thomas E. Hone (TH 7420)
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
(212) 319-1900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT A. STROMSTED,<br><br>                              *Plaintiff,*<br>        - against -<br><br>HNTB CORPORATION,<br><br>                              *Defendant.* | **APPEARANCE**<br><br>11 Civ. 2023 (AKH)<br><br>ECF CASE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiff Robert A. Stromsted.

I certify that I am admitted to practice in this court.

Dated: New York, NY
       March 31, 2011

                                        **BERGER & WEBB, LLP**

                                        By: _____
                                            Steven A. Berger (SB 2038)
                                            Thomas E. Hone (TH 7420)
                                        *Attorneys for Plaintiff*
                                        7 Times Square, 27th Floor
                                        New York, NY 10036
                                        Tel. 212-319-1900
                                        Fax 212-319-2017
                                        sberger@bergerwebb.com
                                        thone@bergerwebb.com

78146