Steven A. Berger (SB 2038)
Thomas E. Hone (TH 7420)
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
(212) 319-1900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT A. STROMSTED,

     *Plaintiff*,

- against -

HNTB CORPORATION,

     *Defendant*.

---

**APPEARANCE**

11 Civ. 2023 (AKH)

ECF CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

  Enter my appearance as counsel in this case for Plaintiff Robert A. Stromsted.

  I certify that I am admitted to practice in this court.

Dated: New York, NY
   March 31, 2011

             **BERGER & WEBB, LLP**

             By: _____
               Steven A. Berger (SB 2038)
               Thomas E. Hone (TH 7420)
             *Attorneys for Plaintiff*
             7 Times Square, 27th Floor
             New York, NY 10036
             Tel. 212-319-1900
             Fax 212-319-2017
             sberger@bergerwebb.com
             thone@bergerwebb.com

78146