SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. STROMSTED          Plaintiff,

                                            11  cv  02023    (AKH)

- against -

HNTB CORPORATION          Defendant.        **ORDER FOR ADMISSION**
                                            **PRO HAC VICE**
                                            **ON WRITTEN MOTION**

Upon the motion of Suzanna Morales     attorney for  Defendant HNTB Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Abrams |
| Firm Name: | Lathrop & Gage LLP |
| Address: | 2345 Grand Blvd., Suite 2200 |
| City/State/Zip: | Kansas City, MO 64108 |
| Telephone/Fax: | (816) 460-5530 |
| Email Address: | mabrams@lathropgage.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/11

is admitted to practice pro hac vice as counsel for   Defendant HNTB Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/11/11
City, State: N.Y.C.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006