Steven A. Berger (SB 2038)
Thomas E. Hone (TH 7420)
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
(212) 319-1900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT A. STROMSTED,<br><br>        *Plaintiff,*<br> - against -<br><br>HNTB CORPORATION,<br><br>        *Defendant.* | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>11 Civ. 2023 (AKH)<br><br>ECF CASE |

    Upon the Affidavit of Robert A. Stromsted, sworn to March 31, 2011, with the Complaint and exhibits annexed thereto, the Declaration of Steven A. Berger, dated March 31, 2011, and the Memorandum of Law in support of this application, it is

    **ORDERED** that defendant HNTB Corporation ("HNTB") show cause before this Court, at Room 14D, U.S. Courthouse, 500 Pearl Street, New York, NY, on April ____, 2011 at _____:_____ __.M., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining HNTB during the pendency of this action from attempting to enforce a 2005 Senior Vice President Employment Agreement that HNTB contends prohibits Mr. Stromsted from working for any competitor of HNTB, and sufficient cause appearing therefor, it is

    **ORDERED** that service of a copy of this Order and all supporting documents be made upon HNTB's counsel, Suzanna Morales, Esq., Lathrop & Gage LLP, 230 Park Avenue,

78152

Suite 2400, New York, NY 10169, on or before _____ \_\_\_, 2011, shall be deemed good and sufficient service herein; and it is further

        **ORDERED**, that any papers to be filed in response to this Order be served upon Plaintiff's counsel, Steven A. Berger, Esq., Berger & Webb, LLP, 7 Times Square, 27th Floor, New York, NY 10036, so as to be received no later than \_\_\_\_\_:\_\_\_\_\_ \_\_.M., on April \_\_\_, 2011; and it is further

        **ORDERED**, that any reply papers to be filed on behalf of Mr. Stromsted be served upon HNTB's counsel so as to be received no later than \_\_\_\_\_:\_\_\_\_\_ \_\_.M., on April \_\_\_\_, 2011.

Dated: New York, NY
      _____, 2011

                                                    _____
                                                  Alvin K. Hellerstein
                                            United States District Judge