UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT A. STROMSTED,                          :
                                              :
                    Plaintiff,                :     Case No.: 1:11-cv-02023-AKH
                                              :
        vs.                                   :     ECF CASE
                                              :
HNTB CORPORATION,                             :
                                              :
                    Defendant.                :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANT'S MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER DATED MAY 3, 2011
AND REQUEST FOR EXPEDITED BRIEFING**

PLEASE TAKE NOTICE, that Defendant HNTB Corporation ("HNTB"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 60, hereby moves this Honorable Court to reconsider its Order Dated May 3, 2011, in which the Court denied HNTB's Motion to Dismiss Plaintiff's Complaint based on a contractual forum selection clause.   HNTB respectfully requests that, based on the arguments contained in the supporting Memorandum of Law, the Court reconsider its Order and grant HNTB's Motion to Dismiss Plaintiff complaint.

PLEASE TAKE FURTHER NOTICE that, given the nature of the instant motion and the posture of the litigation, HNTB respectfully requests that the Court shorten the time for Plaintiff's response to HNTB's Motion for Reconsideration.   Defendant respectfully requests that Plaintiff be required to respond to Defendant's Motion on or before May 10, 2011.

WHEREFORE, Defendant HNTB Corporation prays that this Court reconsider its Order Dated May 3, 2011 and enter an order granting Defendant's Motion to Dismiss, and for whatever additional relief the Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE LLP

By:   /michael j abrams/
      Suzanna Morales   SDNY Bar #SM-0629
      230 Park Avenue, Suite 2400
      New York, NY 10169
      Telephone: (212) 850-6251
      Facsimile:  (212) 850-6221
      smorales@lathropgage.com

      Michael J. Abrams  MO Bar #42196
      (admitted *pro hac vice*)
      Michael Lee        MO Bar #63025
      2345 Grand Boulevard, Suite 2200
      Kansas City, MO 64108
      Telephone:  (816) 292-2000
      Facsimile:  (816) 292-2001
      mabrams@lathropgage.com
      mlee@lathropgage.com

      ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that, on this 6th day of May, 2011, the foregoing was electronically filed via the ECF Court filing system to the below named counsel:

Steven A. Berger
Thomas E. Hone
Berger & Webb, LLP
7 Times Square, 27th Floor
New York, NY 10036

_____/michael j abrams/_____
Attorney for Defendant