USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. STROMSTED,

                *Plaintiff,*

- against -

HNTB CORPORATION,

                *Defendant.*

**STIPULATION AND ORDER**

11 Civ. 2023 (AKH)

ECF CASE

*RECEIVED MAY 11 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.*

WE STIPULATE to the following expedited discovery schedule:

1. The parties shall serve any document requests by May 10, 2011.

2. The parties shall serve any objections to document requests by May 12, 2011.

3. The parties shall produce all documents to which no objection is made by May 18, 2011.

4. Plaintiff may take the depositions of HNTB representatives Harvey Hammond, Paul Yarossi, Tom Potts, Ken Graham, John Prutsman and Keith Rosbury by June 7, 2011.

5. HNTB may take the deposition of Mr. Stromsted by June 7, 2011.

6. Discovery shall be completed by June 7, 2011.

Dated: New York, NY
       May 10, 2011

**BERGER & WEBB, LLP**

By: _____
   Steven A. Berger (SB 2038)
   Thomas E. Hone (TH 7420)
7 Times Square, 27th Floor
New York, NY 10036
Tel. 212-319-1900
Fax 212-319-2017
sberger@bergerwebb.com
thone@bergerwebb.com

*Attorneys for Plaintiff*

**LATHROP & GAGE LLP**

By: _____
Suzanna Morales SDNY Bar #SM-0629
230 Park Avenue, Suite 2400
New York, NY 10169
Tel. 212-850-6251
Fax 212-850-6221
smorales@lathropgage.com

78455

Michael J. Abrams MO Bar # 42196
(admitted *pro hac vice*)
Michael Lee MO Bar # 63025
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel. 816-292-2000
Fax 816-292-2001

*Attorneys for Defendant*

SO ORDERED: 5/12/11

_____
Alvin K. Hellerstein, U.S.D.J.