



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. STROMSTED,

                *Plaintiff*,

- against -

HNTB CORPORATION,

                *Defendant*.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

11 Civ. 2023 (AKH)

ECF CASE

WE STIPULATE that this action is hereby dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: New York, NY
May 26, 2011

**BERGER & WEBB, LLP**

By: _____
Steven A. Berger (SB 2038)
Thomas E. Hone (TH 7420)
7 Times Square, 27th Floor
New York, NY 10036
Tel. 212-319-1900
Fax 212-319-2017
sberger@bergerwebb.com
thone@bergerwebb.com

*Attorneys for Plaintiff*

**LATHROP & GAGE LLP**

By: _____
Suzanna Morales SDNY Bar #SM-0629
230 Park Avenue, Suite 2400
New York, NY 10169
Tel. 212-850-6251
Fax 212-850-6221
smorales@lathropgage.com

Michael J. Abrams MO Bar # 42196
(admitted *pro hac vice*)
Michael Lee MO Bar # 63025
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel. 816-292-2000
Fax 816-292-2001

*Attorneys for Defendant*

_____
U.S.D.J.

78452